United States District Court
Southern District of Texas

**ENTERED**
July 20, 2020
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Richard Vincent Letizia, §
   Petitioner, §
  §
v. §
  § Civil Action H-19-2834
Lorie Davis, §
Director, Texas Department §
of Criminal Justice, Correctional §
Institutions Division, §
   Respondent. §

## Order of Adoption

On June 26, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (20) recommending that the court deny Richard Letizia's petition for writ of habeas corpus. Letizia filed objections. (21) The court denies Letizia's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on July ___20___, 2020, at Houston, Texas.

                                                    Lynn N. Hughes
                                           United States District Judge